# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Jason Harry Hill, | ) | JUDGEMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:12-cv-00778-MOC-DCK |
| | ) | |
| vs. | ) | |
| | ) | |
| Bank of America LP, Service, | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come from the court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's Saturday, December 08, 2012 Order.

December 10, 2012

*Frank S. Johns*